ORIGINAL

FILED IN OPEN COURT
U.S.D.C. - Atlanta

SEP 17 2019

JAMES N. HATTEN, Clerk
By: R Baclum, Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>TIMOTHY FELLOWS | Criminal Information<br><br>No. 1:19-CR-351 |

THE UNITED STATES ATTORNEY CHARGES THAT:

On or about June 1, 2018, in the Northern District of Georgia and elsewhere, the defendant TIMOTHY FELLOWS, did knowingly travel in interstate commerce by traveling from the state of New York into the Northern District of Georgia within the state of Georgia, for the purpose of attempting to engage in illicit sexual conduct with another person, in violation of Title 18, United States Code, Sections 2423(b) and (f)(3).

BYUNG J. PAK
  *United States Attorney*

SKYE DAVIS
  *Assistant United States Attorney*
Georgia Bar No. 564709

600 U.S. Courthouse
75 Ted Turner Drive SW
Atlanta, GA 30303
404-581-6000; Fax: 404-581-6181